MISCHA ELMAN, Appellant, v. FLORENZ ZIEGFELD, JR., Respondent.— Order

reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.